UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 13-545 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| NICHOLAS MICHAEL SLEDGE, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:   Bank Robbery

<u>Date of Detention Hearing</u>:   March 11, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant's lengthy criminal record includes a significant number of failures to

DETENTION ORDER
PAGE -1

appear with bench warrant activity. He was on supervised release for a prior charge of Bank Robbery at the time of the alleged commission of the instant offense, and was in abscond status. Defendant has violated the conditions of supervised release on the prior charge on two occasions.

2. Defendant's proposed release address was unverified. He is currently not employed. He has mental health issues and reported substance abuse.

3. Defendant poses a risk of nonappearance due to a history of substance abuse, a history of mental health issues, failures to comply with conditions of supervised release and lack of verified residence. He poses a risk of danger due to the nature of the charges and criminal record.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of March, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3