UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MICHAEL SLEDGE,<br><br>Defendant. | CR14-81 TSZ |
| NICHOLAS MICHAEL SLEDGE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C16-873 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to stay resentencing, docket no. 52 in CR14-81, is treated as a motion to continue resentencing and for an extension of time to file a motion for reconsideration, and is GRANTED as follows:

   (a) The resentencing scheduled for April 6, 2017, is STRICKEN, and will be reset at a later date if appropriate.

   (b) Any motion for reconsideration in Case No. CR14-81 shall be filed by April 6, 2017, and noted for April 21, 2017. Any response shall be filed by the noting date. No reply shall be filed unless requested by the Court. Any motion for

MINUTE ORDER - 1

reconsideration and any response shall not exceed twelve (12) pages in length and shall address (i) whether *Beckles v. United States*, --- U.S. ---, 2017 WL 855781 (Mar. 6, 2017), has retroactive effect, and (ii) whether the Government has waived the ability to rely on *Beckles* by failing to even argue, in response to Sledge's motion under 28 U.S.C. § 2255, that the Sentencing Guidelines are not subject to a void-for-vagueness challenge.

(2) Petitioner's motion, docket no. 13 in C16-873, to vacate the Order entered March 3, 2017, docket no. 12 in C16-873, is RENOTED to April 21, 2017. On or before April 6, 2017, petitioner shall file a supplemental brief, not to exceed five (5) pages in length, addressing: (i) on what basis does petitioner move to withdraw his motion under 28 U.S.C. § 2255; and (ii) whether petitioner must be provided an opportunity to allocute at any resentencing, even if the Order entered March 3, 2017, is vacated and the term of 104 months is re-imposed. Any response shall not exceed five (5) pages in length and shall be filed by the noting date. No reply shall be filed unless requested by the Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2