UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MICHAEL SLEDGE,<br><br>Defendant. | CR14-81 TSZ |
| NICHOLAS MICHAEL SLEDGE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C16-873 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered March 23, 2017, docket no. 53 in CR14-81 and docket no. 14 in C16-873, the Court directed petitioner to file, on or before April 6, 2017, a supplemental brief addressing (i) the basis on which petitioner moves to withdraw his motion under 28 U.S.C. § 2255, and (ii) whether petitioner must be provided an opportunity to allocute at any resentencing. No supplemental brief was timely filed. Instead, the parties have filed a stipulated motion for reconsideration, which summarizes the holding in *Beckles v. United States*, --- U.S. ---, 2017 WL 855781 (Mar. 6, 2017), but which fails to address whether petitioner must be allowed to allocute before the Court may resentence him, and which does not discuss the other issues identified in the Minute Order entered March 23, 2017, namely (i) whether *Beckles* has retroactive effect, and

MINUTE ORDER - 1

(ii) whether the Government has waived the ability to rely on *Beckles* by failing to even argue, in response to Sledge's motion under 28 U.S.C. § 2255, that the Sentencing Guidelines are not subject to a void-for-vagueness challenge.

(2)   Petitioner's motion, docket no. 13 in C16-873, to vacate the Order entered March 3, 2017, docket no. 12 in C16-873, is STRICKEN in light of the parties' stipulated motion for reconsideration. The parties' stipulated motion for reconsideration, docket no. 15 in C16-873, is RENOTED to April 21, 2017. On or before the noting date, the parties shall file either separate briefs or a joint brief complying with the direction in the Minute Order entered March 23, 2017, to address the issues identified therein.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2