The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NICHOLAS MICHAEL SLEDGE,<br><br>Defendant. | NO. CR14-081TSZ<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court has reviewed the record in this matter, and finds as follows:

1. On January 30, 2020, the U.S. Probation Office filed a Petition alleging that Mr. Slade committed Violation 1 (consuming amphetamines on two occasions).  Dkt. 68.

2. On February 21, 2020, the defendant made his initial appearance on the Petition.  The defendant admitted Violation 1.  *See* Dkt. 72.

3. On April 6, 2020, the Probation Office filed a Supplemental Violation Petition alleged that Mr. Slade committed Violation 2 (consuming amphetamines on six occasions).  Dkt. 78.

4. On June 2, 2020, Mr. Slade admitted to Violation 2 in a written admission document filed with this Court by defense counsel Robert Gombiner.  Mr.

Order Continuing Terms of Supervision
(United States v Sledge, CR14-081TSZ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Slade's admission excluded one of the six alleged dates (March 16, 2020),
2  which the U.S. Probation Office and U.S. Attorney's Office have agreed to
3  withdraw and dismiss from Violation 2.
4  Having found, based on Mr. Sledge's admissions in court and through defense
5  counsel, that he has violated the terms of his supervised release as set forth in the
6  petitions filed by the United States Probation Office, this Court HEREBY ORDERS that
7  the terms of his supervision remain in full effect and force.

DATED this 2nd day of June, 2020.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:

 s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney

 s/ Robert Gombiner
ROBERT GOMBINER
Counsel for Nicholas Michael Sledge

Order Continuing Terms of Supervision
(United States v Sledge, CR14-081TSZ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970